# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10      UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED
JAMES J. VILT, JR. - CLERK
SEP 02 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

FREIDA JOHNSON

_____

(Full name of the Plaintiff(s) in this action)

v.

COMMONWEALTH OF KENTUCKY

CIVIL ACTION NO. 4:22CV124JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: FREIDA JOHNSON

Place of Confinement: DAVIESS COUNTY DETENTION

Address: 3337 HWY 144 OWENSBORO KY 42301

Status of Plaintiff: CONVICTED (_)   PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant DAINEL CAMERON is employed as STATE ATTORNEY GENERAL at UNITED STATES COURT HOUSE.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(2) Defendant OWENSBORO POLICE DEPARTMENT is employed as POLICE OFFICERS at OWENSBORO POLICE DEPARTMENT.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(3) Defendant MARK PHIFER is employed as CITY ATTORNEY at CITY HALL.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(4) Defendant DAVID PAYNE is employed as JUDGE at JUDICAL HOLBROOK.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(5) Defendant **MICHEAL VAN METER** is employed as **COMMONWEALTH ATTORNEY** at **JUDICAL HOLBROOK CTR**.

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (X) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): **FREIDA JOHNSON**

Defendant(s): **COMMONWEALTH OF KENTUCKY**

Court (if federal court, name the district. If state court, name the county): **WESTERN DISTRICT OF KENTUCKY / DAVIESS COUNTY CIRCUIT FAMILY DIVISION III**

Docket number: **4:21-CV-44 / 20-CI-01163**

Name of judge to whom the case was assigned: **JHM DAVID PAYNE**

Type of case (for example, habeas corpus or civil rights action): **CIVIL RIGHTS**

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): **DISMISSED**

Approximate date of filing lawsuit: **JULY 8 2021**

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

MALIOUS PROSECUTION BY OWENSBORO POLICE OFFICERS FOR FILING FALSE CHARGES TO SECURE AN ARREST AGAINST ME ON MULTIPUL OCCASSIONS I'VE GOT A PENDING TBUT ON OCT 10 2022 HAVE NO CLUE WHO THE OWENSBORO POLICE DEPARTMENT CLAIMS IS THE VICTIM I STOLE A CELL PHONE? I KEEP A CELL PHONE. WHY WOULD I TAKE SOMEONE ELSES. THE OWENSBORO POLICE DEPARTMENT HAS BEEN TARGETING ME EVER SINCE I HAD MY SON ERIC DEE SHAWN JOHNSON (HOMICIDE) BARAKA v COMMON WEALT INVESTIGATED ON JUNE 25 2018 THEIR IS A FORMER GOVENOR STEVEN BESHEAR SIDING WITH THE KKK A DOMESTIC TERRIORIST ORGINATION IN MY SON MURDER THAT NEVER GOT ANY JUSTICE JESSE ALLEN HASTIE AND AMIE COX GOT 6 MONTHS IN JAIL AND A 500$ BAIL ON A MURDER CHARGE IN JUDGE DAVID PAYNE WAS THE JUDGE WHO SIGNED AN INDICTMENT ON TWO MISDEAMORS FOR A HOMICIDE JULY 2006. I OPENED MY

4

OWN INVESTIGATION AND SENT A 77 PAGE OPEN RECORDS REQUEST TO STATE ATTORNEY GENERAL DANIEL CAMERON ASST STATE ATTORNEY RUSSELL COLEMAN STATED THEY DO NOT INITIATE INVESTIGATIONS INTO HATE CRIMES AND FORWAD IT TO THE FEDERAL BUREAL OF INVESTIGATION AND CITY ATTORNY ~~MMMMMM~~ MARK PHIFER STATED THEY DO NOT SEE ANY POLICE DEPARTMENT MISCONDUCT IN MY SON HOMICIDE CASE NOR IN THE CHARGES FILED BY THE OWENSBORO POLICE DEPARTMENT THAT LIED AND SAID I HIT MY SPOUSE WHOM WAS MY BOYFRIEND AT THE TIME WITH A "CROWBAR" AND THEY DONT NEED A WITNESS OR A WEAPON TO CHARGE ME WHICH PROVES MY ARGUMENT THAT I'M BEING TARGETED BECAUSE I SENT MY SON'S CASE TO WASHINGTON DC CIVIL RIGHTS DIVISION AND THEY ARE

## III. STATEMENT OF CLAIM(S) continued

6/6/22 UNDER INVESTIGATION FOR DOMESTIC TERRORIST AFFILIATIONS GRAND LARCENY KICKBACK ABUSE OF POWER THE OWENSBORO POLICE DEPARTMENT STRONG ARMED A FAMILY OWNED PROPERTY AT 1004 MAPLE STREET. SO IT LOOKS AS IF THE ARE ILLEGAL ENFORMENT INVOLVES CONSPIRICY TO CONCEAL A MURDER FOR THE KKK A DOMESTIC TERRORIST ORIGINATION ON JUNE 10 2006 AND FORMER GOVONER STEVEN BESHEAR IS IN A PHOTO SELLING OUT MY FAMILY FOR THE KKK SMILING AS HE THOUGHT HE IS ABOVE THE LAW HIDING A DOMESTIC TERRORIST ORIGINATION IS A FEDERAL OFFICE (18 USC 241 242)(18 USC 2000ee) JUST TO NAME A FEW THE CORNOR RULED MY SON'S DEATH A HOMICIDE SO HOW IS IT NO ONE WENT TO PRISON FOR HIS TRADGIC DEATH (BARAKA v COMMONWEALTH) 1ST DEGREE MURDER KRS 508.020 Did Apply TO STOP ME FROM PURSUING JUSTICE FOR MY SON WHO IS DEAD

5

THE OWENSBORO POLICE DEPARTMENT AND THE COMMONWEALTH ATTORNEY MICHEAL VANMETER AND JUDGES DAWD PAYNE INCLUDING CIRCIUT COURT JUDGE LISA PAYNE JONES HAVE BEEN REARRESTING ME ON THE SAME CHARGE WHICH IS A FALSE CHARGE BY POLICE, MALIOUS PROSECUTION SINCE 2019 BECAUSE I HAVE THEM UNDER INVESTIGATION

✱✱ KAREN CLARKE WASHINGTON DC ASST STATE MARON GARLAND OFFICE OF INSPECTOR GENERAL HOMELAND SECURITY WILL STEP IN ONCE I GET THIS CASE TO ~~~~WASHINGTON DC ON A WRIT OF CERITORI FOR SYSTEMIC RACISM THE "LANHAMS" KKK ARE ANGLO SAXON AND INVENTED

FACTS THE POLL ~~~~ TAX AND HAVE MURDER RAPED AND ROBBED AFRICAN AMERICAN PEOPLE FOR TO LONG. EVEN OUR CHILDREN THIS NEEDS TO BE ADDRESSED THEIR COMMITING CRIMES AGAINST HUMANITY AND THE COMMONWEALTH OF KENTUCKY GOOD OLE BOY SYSTEM IS RACISM (18 USC 2000 ee) PUBLIC HEALTH AND SAFETY ⑥

IT IS ILLEAGAL FOR POLICE OFFICERS TO FALSIFY POLICE REPORTS OR TAKE A FALSE STATEMENT BY THE ALLEGDED VICTIM ALBERT LEE SHAW WHO WAS JUST LET OUT OF PRISON FOR A HEANOUS CRIME AGAINST ME HE WAS NOT ORDER TO PAY RESTITUTION. HE HAS BEEN WORKING WITH THE POLICE SETTING ME UP ON FALSE CHARGES SINCE JUNE 25 2018 HE ALSO HAS POSSESSION OF MY AUNTE JANICE SHAWS PROPERTY WHOM SHE GOT HIM OUT IN 98 HE HAS BEEN VERY ABUSIVE AND JUDGE DAVID PAYNE YEWELL AND THE OWENSBORO POLICE DEPARTMENT IN CN 20-CI-01163 HAVE VIOLATED MY 8TH AMENDMENT AND COMMITTED A CRIME OF GRAND LARCENY UPON THE DEATH OF MY AUNT JANICE LEFT EVRYTHING TO HER HEIRS ALBERT SHAW WAS REMARRIED TO ME WHEN JUDGE DAVID PAYNE REFUSED TO LET ME SETTLE THE ESTATE AND GAVE PROPERTY TO ALBERT SHAW. WHICH IS AN ABUSE OF POWER AND CONFLICT OF INTREST ON DISTRICT COURT JUDGE DAVID PAYNE AND HE KNOWS THIS ASKING FOR RTN OF 604 MAPLE TO RIGHTFUL HEIRS FREIDA DARLENE JOHNSON AND FEDERAL INVESTIGATION INTO ALLIGATIONS I'VE MADE FOR POSSIBLE CRIMINAL CHARGES AGAINST THE POLICE AND JUDGE DAVID PAYNE  CN 19-CR-00521
CN 19-CR-00523
CN 19-CR-00231
CN

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __147 BILLION 9.1 ANNUALLY__

__X__ grant injunctive relief by __STOPPING THE MALIOUS ATTACKS BY COMMONWEALTH OF KENTUCKY AGAINST ME__

__X__ award punitive damages in the amount of $ __1.5 MILLION__

__X__ other: __DOMMEST TERRIORIST AFFILIATION AND POLICE HOMICIDE INVESTIGATION REOPENED__

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __16__ day of __AUGUST__, 20__22__

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

FREIDA JOHNSON
3337 HWY 144
OWENSBORO KY 42301





DAVIESS CO.
UNCENSORED
JAIL MAIL

CLERKS OFFICE UNITED STATES DISTRICT COURT
601 W BROADWAY, ROM 106
GENE SNYDER UNITED STATES COURTHOUSE
LOUISVILLE, KY. 40202